# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTINA C. WASHINGTON,<br><br>　　Plaintiff,<br>v.<br><br>ROSS MEDICAL EDUCATION CENTER,<br><br>　　Defendant. | Case No.  3:18-cv-00139-PPS-MGG<br><br>Honorable Judge Philip P. Simon |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CHRISTNA C. WASHINGTON, and Defendant, ROSS MEDICAL EDUCATION CENTER, through their respective counsel, that the above-captioned action is dismissed, with prejudice, against ROSS MEDICAL EDUCATION CENTER, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 7, 2019　　　　　　　　　　　　Respectfully Submitted,

| **CHRISTINA C. WASHINGTON** | **ROSS MEDICAL EDUCATION CENTER** |
|---|---|
| /s/ Taxiarchis Hatzidimitriadis<br>Taxiarchis Hatzidimitriadis<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax :(630) 575-8188<br>thatz@sulaimanlaw.com | /s/ Evan M. Chall (*with consent*)<br>Evan M. Chall<br>*Counsel for Defendant*<br>Wright Beamer PLC<br>31500 Northwestern Hwy. Ste. 140<br>Farmington Hills. MI 48334<br>Phone: (248) 477-6300<br>echall@wrightbeamer.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____<br>
Nathan C. Volheim